An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

STANLEY EARNEST RIMER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65727

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

In his notice of appeal, appellant states that he is appealing from the denial of a motion for the appointment of counsel and a post-conviction petition for a writ of habeas corpus. It appears, however, from a review of the documents before this court that appellant did not file a motion for the appointment of counsel or a post-conviction petition for a writ of habeas corpus in his case. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVAOA

(O) 1947A

14-19368

cc: Hon. Douglas W. Herndon, District Judge
Stanley Earnest Rimer
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk